IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ARLENE R. ATHERTON,<br><br>Plaintiff,<br><br>vs.<br><br>SALT LAKE CITY POLICE DEPARTMENT,<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:19-CV-386-DB-DBP<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin Pead |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead recommending that this action be DISMISSED.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the

Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and Recommendation. Accordingly, this action is DISMISSED in its entirety.

DATED this 19th day of December, 2019.

_____
Dee Benson
United States District Judge